BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK SHERMAN, State Bar No. 229959
CURLEY, HESSINGER & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:    650.323.1002
E-mail: bjohnsrud@curleyhessinger.com
         psherman@curleyhessinger.com

Attorneys for Petitioner
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| GOOGLE INC., | Case No. _____ |
|---|---|
| Petitioner, | **DECLARATION OF ARIANA TORTORICI IN SUPPORT OF GOOGLE INC.'S PETITION TO COMPEL ARBITRATION PURSUANT TO WRITTEN AGREEMENT TO ARBITRATE** |
| v. | |
| RIVKA SPIVAK, | |
| Respondent. | |
| | [Hearing Date/Time/Dept to be determined after assignment to Judge or Magistrate] |

I, Ariana Tortorici, declare and state as follows:

1. **My Position.** I am currently employed as a Human Resources Business Partner – Employee Relations & Investigations by Petitioner Google Inc. ("Google") and have held this role since June 2011. My responsibilities include employee relations, performance management, workplace investigations, reorganizations, and staffing programs. At all times during my employment with Google, I have lived in the San Francisco Bay Area and worked out of Google's corporate headquarters in Mountain View (or in nearby Sunnyvale) California. I have direct and personal knowledge of the facts set forth in my declaration, and, if called as a witness, I would competently testify to these facts.

2. **Respondent Spivak's Employment With Google.** By reason of my work at Google, I am familiar with the Respondent in this matter, Rivka Spivak, and the contents of her

BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK SHERMAN, State Bar No. 229959
CURLEY, HESSINGER & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:    650.323.1002
E-mail: bjohnsrud@curleyhessinger.com
         psherman@curleyhessinger.com

Attorneys for Petitioner
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| GOOGLE INC., | Case No. _____ |
|---|---|
| Petitioner, | **DECLARATION OF ARIANA TORTORICI IN SUPPORT OF GOOGLE INC.'S PETITION TO COMPEL ARBITRATION PURSUANT TO WRITTEN AGREEMENT TO ARBITRATE** |
| v. | |
| RIVKA SPIVAK, | |
| Respondent. | [Hearing Date/Time/Dept to be determined after assignment to Judge or Magistrate] |

I, Ariana Tortorici, declare and state as follows:

1. **My Position.** I am currently employed as a Human Resources Business Partner – Employee Relations & Investigations by Petitioner Google Inc. ("Google") and have held this role since June 2011. My responsibilities include employee relations, performance management, workplace investigations, reorganizations, and staffing programs. At all times during my employment with Google, I have lived in the San Francisco Bay Area and worked out of Google's corporate headquarters in Mountain View (or in nearby Sunnyvale) California. I have direct and personal knowledge of the facts set forth in my declaration, and, if called as a witness, I would competently testify to these facts.

2. **Respondent Spivak's Employment With Google.** By reason of my work at Google, I am familiar with the Respondent in this matter, Rivka Spivak, and the contents of her

1  personnel file. In my position as a Human Resources Business Partner, I am a custodian of
2  records for and have access to employee personnel files, which are kept and maintained in the
3  normal course of Google's business. I have reviewed the contents of Spivak's personnel file and
4  attached to my declaration are (1) a true and correct copy of Spivak's Employment Application,
5  attached as Exhibit A, which among other things sets forth her education background and prior
6  employment, and (2) a true and correct copy of Spivak's Offer Letter, attached as Exhibit B.
7  Spivak's educational background as reflected on her Employment Application includes a
8  Bachelor's of Science degree in Computer Science from Yale University, a Master's in Computer
9  Science from Yale, a Master's in Business Administration from Harvard Business School, and a
10 Juris Doctorate from Concord Law School. Spivak's employment prior to Google, as reflected on
11 her Employment Application, included a position as a VP of Product Management at Roubini
12 Global Economics in New York City earning in excess of $200,000 per year, as well as a prior
13 job as a Senior Product Manager at Rearden Commerce in Foster City, California, earning in
14 excess of $150,000 per year. Google offered Spivak employment on or about February 26, 2010
15 as reflected in her offer letter, and Spivak began working at Google in April 2010. Spivak's
16 starting annual base salary in 2010 was $155,000, and over time that has increased to $215,000,
17 per year. She is eligible for annual bonuses in the amount of 20 percent of the median salary of
18 her peer group, and received a grant of 500 shares of Google stock at the time of her hire, which
19 have fully vested and at yesterday's closing price (approximately $535 per share) have a current
20 market value in excess of $250,000.
21      3.    **Spivak's Arbitration Agreement.** Attached to my declaration as Exhibit C is a
22 true and correct copy of Spivak's At-Will Employment, Confidential Information, Invention
23 Assignment, and Arbitration Agreement ("Agreement"). Spivak accepted this Agreement
24 through her electronic signature on April 12, 2010, as indicated on page 6. She did so as a new
25 employee by setting up a google.com work account with a private password and then accessing
26 GHR (Google's online human resources system) to open and agree to an Electronic Signature
27 Consent Agreement (ESCA), a true and correct copy of which for Spivak is attached to my
28 declaration as Exhibit D. After agreeing to the ESCA, Spivak then opened and accepted the

CURLEY, HESSINGER &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

2   DEC. OF ARIANA TORTORICI ISO PETITION TO
    COMPEL ARBITRATION (CASE NO. _____ )

Agreement and other new hire documents. After Spivak accepted the Agreement, it was routed to her personnel file where it is kept and maintained in the normal course of Google's business.

4. **Spivak's Roles At Google.** From 2010 until the end of 2013, Spivak worked for Google out of its New York City office and resided in New York City. In New York, Spivak worked as a Product Manager. As a Product Manager, her work included participating in the launch of new or updated versions of software products used by Google and its customers across the country and throughout the world, including advertising optimization platforms that allow publishers and customers to interact and conduct business. At the end of 2013, Spivak transferred to Google's office in Seattle, Washington, where she continued to work as a Product Manager. While employed by Google in Washington, Spivak has worked on software products that among other things require her to validate the needs of customers and help develop engineering strategies that assist Google customers around the world. Spivak has been a resident of the State of Washington since moving there at the end of 2013, and at no time during Spivak's employment with Google has she been a resident or citizen of California.

5. **Spivak's Internal Complaints At Google.** Spivak has raised a number of gender discrimination and retaliation allegations regarding her employment at Google (concerning her employment both in New York and Washington), including not being selected as a project lead, allegedly unfair performance evaluations, being placed on a Performance Improvement Plan, failure to promote, denial of stock grants, and denial of a transfer (notably, to a role in Los Angeles, California). Spivak's allegations regarding her time in New York are attributed to a manager who lives and works in New York and who travels to Google's headquarters in Mountain View, California several times a year for work. Spivak's allegations regarding her employment in the State of Washington are attributed primarily to two different managers, both of whom live in the San Francisco Bay Area and both of whom work in Google's headquarters in Mountain View, California. I and another Human Resources employee based in Mountain View have reviewed Spivak's various allegations and have concluded they are without merit.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25 day of June 2015, at Sunnyvale, California.

_____
ARIANA TORTORICI