BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK SHERMAN, State Bar No. 229959
CURLEY, HESSINGER & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone: 650.600.5300
Facsimile: 650.323.1002
E-mail: bjohnsrud@curleyhessinger.com
psherman@curleyhessinger.com

Attorneys for Petitioner
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Petitioner, <br><br> v. <br><br> RIVKA SPIVAK, <br><br> Respondent. | Case No. _____ <br><br> **GOOGLE INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, Petitioner Google Inc. through its undersigned counsel, hereby certifies that, as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

None.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 26, 2015

CURLEY, HESSINGER & JOHNSRUD LLP

By_____
BRIAN L. JOHNSRUD
Attorneys for Petitioner
GOOGLE INC.

---

CURLEY, HESSINGER &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

GOOGLE INC.'S CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS (CASE NO. _____)