BRIAN L. JOHNSRUD, State Bar No. 184474
PATRICK SHERMAN, State Bar No. 229959
CURLEY, HESSINGER & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone:   650.600.5300
Facsimile:   650.323.1002
E-mail: bjohnsrud@curleyhessinger.com
        psherman@curleyhessinger.com

Attorneys for Petitioner
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br>　　　　　Petitioner, <br><br>　　v. <br><br>RIVKA SPIVAK, <br><br>　　　　　Respondent. | Case No. 15-CV-02981 HRL <br><br> NOTICE OF VOLUNTARY DISMISSAL |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Petitioner Google Inc. voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: July 14, 2015　　　　　　　　　　　　　　　CURLEY, HESSINGER & JOHNSRUD LLP

By _____
BRIAN L. JOHNSRUD
Attorneys for Petitioner
GOOGLE INC.

CURLEY, HESSINGER &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

NOTICE OF VOLUNTARY DISMISSAL
(CASE NO. 15-CV-02981 HRL)

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 4400 Bohannon Drive, Suite 230, Menlo Park, California 94025.

On July 14, 2015, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Steven B. Frank, Esq.
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 14, 2015, at Menlo Park, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
LYNETTE POLA